IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER

22-cr-92-wmc

v.

KELLY M. SCHULTZ,

    Defendants.

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 4th day of August, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

1